**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 21, 2014.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-14-00613-CV**

**NO. 14-14-00614-CV**

**NO. 14-14-00615-CV**

---

**IN RE R. WAYNE JOHNSON, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd & 269th District Courts**
**Harris County, Texas**
**Trial Court Cause Nos. 2004-60260, 2006-55819 & 2009-15297**

---

## MEMORANDUM OPINION

On July 28, 2014, relator R. Wayne Johnson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. Relator has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101 of the Texas Civil Practice and Remedies Code. *See* Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103 (West Supp. 2014).

Under section 11.103(a), the clerk of this court may not file an original proceeding presented by a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing. *Id.* § 11.103(a) & (d). On August 4, 2014, we notified relator that we would consider dismissal of his petition unless, within 10 days, he showed that he has obtained an order from the local administrative judge permitting the filing of this original proceeding. *See id.* § 11.103(a).

Relator has not responded to our August 4, 2014 order and has not shown that he has obtained an order from the local administrative judge permitting the filing of this original proceeding. Accordingly, the petition for writ of mandamus is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.